IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. GOINS,

      Plaintiff,

v.                                     Case No. 4:17cv492-MW/GRJ

JULIE JONES and
SGT. MINCEY,

      Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER

The Magistrate Judge entered its Order on February 6, 2018, ECF No. 15, ordering Plaintiff to show cause why his case should not be dismissed for failure to pay the initial partial filing fee of $9.61. Plaintiff has filed an Objection to the Magistrate Judge's order. ECF No. 23. The Magistrate's order, ECF No. 15, is a non-dispositive pretrial matter. This Court has considered Plaintiff's objection, without hearing, pursuant to Federal Rule of Civil Procedure 72(a).

Under Rule 72(a) if a party objects to a magistrate judge's order on a non-dispositive motion, the District Judge must "modify or set aside any portion of the order that is clearly erroneous or contrary to law." *Id.*

After considering the objection, this Court concludes that the Magistrate Judge's order is not clearly erroneous or contrary to law.

1

Accordingly, Plaintiff's objection, ECF No. 23, to the Magistrate Judge's order, ECF No. 15, is **OVERRULED** and the order, ECF No. 15, is **AFFIRMED**.

**SO ORDERED on February 22, 2018.**

<u>s/Mark E. Walker</u> ____
**United States District Judge**
