**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**RICHARD C. GOINS,**

      **Plaintiff,**

**v.**                    **Case No.  4:17cv492-MW/GRJ**

**JULIE JONES and**
**SGT. MINCEY,**

      **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.21, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.26.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as malicious for abuse of the judicial process and for failure to state a claim pursuant to 28 U.S. C. § 1915(e)(2)(B)(i) and (ii)." The Clerk shall close the file.

      **SO ORDERED on March 7, 2018.**

                    **s/Mark E. Walker**
                    **United States District Judge**